```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

EUGENE LAIGON                   :     CIVIL ACTION
                                :
        v.                      :
                                :
PHILADELPHIA MENTAL HEALTH      :
CARE CORPORATION, et al.        :     NO. 11-3339

## SCHEDULING ORDER

AND NOW, this 14th day of October, 2011, following a telephone conference in the above-captioned case, IT IS HEREBY ORDERED that:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by April 16, 2012.

2. Any <u>Daubert</u> motion, summary judgment motion, or other dispositive motion, together with supporting brief, shall be filed on or before May 16, 2012.

3. The Court will hold a telephone conference with counsel on May 29, 2012, at 4:30 p.m., to discuss scheduling the remainder of the case. Plaintiff's counsel shall initiate the call.

        4.    The defendant shall inform the Court in writing as to the potential for the scheduling of a settlement conference in this matter on or before November 14, 2011.

                            BY THE COURT:

                            <u>/s/ Mary A. McLaughlin</u>
                            MARY A. McLAUGHLIN, J.