IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE LAIGON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA MENTAL HEALTH | : | |
| CARE CORPORATION, et al. | : | NO. 11-3339 |

AMENDED SCHEDULING ORDER

AND NOW, this 16th day of April, 2012, following the unopposed request of counsel, IT IS HEREBY ORDERED that the following discovery dates are amended as follows:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by May 31, 2012.

2. Any <u>Daubert</u> motion, summary judgment motion, or other dispositive motion, together with supporting brief, shall be filed on or before July 2, 2012.

3. The telephone conference currently scheduled for May 29, 2012, is CANCELED. The Court will hold a telephone conference with counsel on July 13, 2012, at 4:00 p.m., todiscuss scheduling the remainder of the case. Plaintiff's counsel shall initiate the call.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.