IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENE LAIGON : CIVIL ACTION
:
v. :
:
PHILADELPHIA MENTAL HEALTH :
CARE CORP., et al. : NO. 11-3339

ORDER

AND NOW, this 30th day of April, 2013, upon consideration of the defendants' motion for summary judgment (Docket No. 16), and the briefs in support of and opposition to that motion, and following oral argument held on October 11, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the defendants' motion is GRANTED. Judgment is hereby ENTERED in favor of the defendants, Philadelphia Mental Health Care Corp. and PMHCC, Inc., and against the plaintiff, Eugene Laigon. The claims against the remaining defendants, John Does 1-10, are DISMISSED with prejudice.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.